UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Harold Herrera-Ramirez*,* | Case No. 2:25-cv-01749-MMD-EJY |
| Petitioner, | ORDER |
| v. | |
| The United States of America, *et al.*, | |
| Respondents. | |

Harold Herrera-Ramirez, who is detained at Nevada Southern Detention Center, has filed a 28 U.S.C. § 2241 habeas corpus petition challenging his continued detention during the pendency of his removal proceedings. (ECF No. 1-1.) His application to proceed *in forma pauperis* (ECF No. 1) is granted. Having conducted a preliminary review of the petition, the Court now directs that it be served on Respondents and sets a schedule for Respondents' appearance and response.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk of Court file the petition (ECF No. 1-1) and electronically serve copies of the petition and this order upon Respondents as follows:

1. By electronically through CM/ECF serving a copy of the petition and this order on the United States Attorney for the District of Nevada pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure by adding United States Attorney for the District of Nevada to the docket as an Interested Party and

sending the documents to Sigal.Chattah@usdoj.gov. This does not indicate acceptance of service.

2.  By sending a copy of the petition and this order by mail to (1) Michael Bernacke, Field Office Director of the Salt Lake City Field Office of U.S. Immigration and Customs Enforcement's Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (2) Patrick J. Lechleitner, Acting Director of ICE, 500 12th St. SW, Washington DC 20536; (3) Kristi Noem, Secretary, United States Department of Homeland Security Washington, DC 20528; (4) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Ave. NW, Washington DC 20530; and (5) Kerri Ann Quihuis, ICE Field Officer Director, Detention and Removal, of Executive Office for Immigration Review, 501 S Las Vegas Blvd. #536, Las Vegas, NV 89101 pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

It is further ordered that Respondents must appear in this action within five days of the date of this order and must file and serve a response to the Petition (ECF No. 1) within 20 days of the date of this order, unless additional time is allowed for good cause shown. Petitioner will have 15 days following the date the response is filed to file and serve a reply. Local Rule 7-2(b) will govern the schedule for briefing of motions.

///
///
///
///
///
///
///
///

It is further ordered that all exhibits filed by Respondents and Petitioner must be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or letter of the exhibit in the attachment. Each exhibit must be filed as a separate attachment. A hard copy (courtesy copy) of all pleadings and indices of exhibits only must be sent to Attn: Staff Attorney, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

DATED THIS 18th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE