UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| HERRERA-RAMIREZ, | Case No. 2:25-cv-01749-MMD-EJY |
|---|---|
| Petitioner, | ORDER |
| v. | |
| THE UNITED STATES OF AMERICA, *et al.*, | |
| Respondents. | |

Respondents seek an extension of time to file their response to the Petition for Writ of Habeas Corpus. (ECF No. 1.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondent's first motion to extend (ECF No. 5) is granted. Respondents have up until and including October 10, 2025, to file their response.

DATED THIS 8th Day of October, 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE