AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Harold Herrera-Ramirez

                        Petitioner,

    v.

The United States of America et al

                         Respondents.

JUDGMENT IN A CIVIL CASE

Case Number:  2:25-cv-01749-MMD-EJY

\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Respondents The United States of America, Michael Bernacke, Patrick J. Lechleitner, Kerri Ann Quihuis, Kristi Noem, Pamela J. Bondi, John Mattos, and against Petitioner Harold Herrera-Ramirez.

11/19/2025
_____
Date

          DEBRA K. KEMPI
          _____
Clerk

          /s/MAM
          _____
Deputy Clerk